No. 10–10471.  CASSIDY v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 10–10472.  DOTTIN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–10473.  YI CHING CHOU v. COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 10–10474.  DONAHOE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–10475.  DVORAK v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 10–10478.  MILLER v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–10480.  DUNN v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 10–10482.  DAVIS v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10486.  PEARSON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 10–10488.  PHILLIPS v. BECK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10491.  LIEBMAN v. FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–10492.  LEMONS v. MCGRATH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10494.  JONES v. TRAVELERS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–10495.  BROWN v. COLUMBUS BOARD OF EDUCATION ET AL.  C. A. 6th Cir.  Certiorari denied.